IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


EDWARD BRINKMAN,                                10-CV-481-ST

        Plaintiff,                              ORDER

v.

VANGUARD-EMS,

        Defendant.



EDWARD BRINKMAN
11555 SE 34th Avenue
Milwaukie, OR 97222
(503) 449-2048

        Plaintiff, *Pro Se*


HEIDEE STOLLER
STACEY E. MARK
Ater Wynne, LLP
1331 N.W. Lovejoy, Suite 900
Portland, OR 97209
(503) 226-8616

        Attorneys for Defendant

1  -  ORDER

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#13) on August 26, 2010, in which she recommends this Court grant Defendant Vanguard-EMS's Motion (#5) to Dismiss Plaintiff's Complaint with prejudice.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#13).  Accordingly, the Court **GRANTS** Defendant's Motion (#5)to Dismiss and **DISMISSES** this matter **with prejudice** for lack of subject-matter jurisdiction.

IT IS SO ORDERED.

DATED this 4th day of November, 2010.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge